**Affirmed and Opinion Filed October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01563-CR
No. 05-13-01564-CR
No. 05-13-01565-CR
No. 05-13-01566-CR

**TRACY REBECCA SIVERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-57787-M, F12-61367-M, F12-61732-CR, F12-61733-M**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Tracy Rebecca Sivert waived a jury and pleaded guilty to one offense of abandoning a child with intent to return and three offenses of aggravated sexual assault of a child younger than fourteen years.[1] The trial court assessed punishment at two years' confinement in a state jail on the abandoning child conviction and thirty years' imprisonment on each aggravated sexual assault of a child conviction. On appeal, appellant's attorney filed a brief in which he concludes

---

[1] *See* TEX. PENAL CODE ANN. §§ 22.021(a)(1)(B), 22.041(b), (d)(1) (West 2011 & Supp. 2014).

the appeals are wholly frivolous and without merit.  The brief meets the requirements of *Anders*

*v. California*.[2]  The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance.[3]  Counsel delivered a copy of the brief to appellant.

We advised appellant of her right to file a pro se response, but she did not file a pro se response.[4]

We have reviewed the record and counsel's brief.[5]  We agree the appeals are frivolous

and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
131563F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[2] 386 U.S. 738 (1967)

[3] *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).

[4] *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

[5] *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY REBECCA SIVERT, Appellant

No. 05-13-01563-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-057787-M.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 21, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY REBECCA SIVERT, Appellant

No. 05-13-01564-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-61367-M.
Opinion delivered by Justice FitzGerald, Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 21, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY REBECCA SIVERT, Appellant

No. 05-13-01565-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-61732-M.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 21, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY REBECCA SIVERT, Appellant

No. 05-13-01566-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-61733-M.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 21, 2014